**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| WILLIAM RICHARDSON,<br><br>Plaintiff,<br>v.<br><br>STANLEY BLACK & DECKER, INC., ET AL.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:24-CV-00223-SDJ-AGD |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION AND THE SUPPLEMENTAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") and the Supplemental Report and Recommendation ("Supplemental Report") (collectively the "Reports") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 18, 2025, the Magistrate Judge entered a Report, (Dkt. #37), recommending that Defendant Stanley Black & Decker, Inc.'s Motion for Summary Judgment, (Dkt. #23), be granted, that Defendant Stanley Black & Decker, Inc.'s Motion to Strike Plaintiff's Second Amended Complaint, (Dkt. #18), be denied as moot, and that Plaintiff William Richardson's ("Plaintiff") claims be dismissed against all Defendants with prejudice. On September 2, 2025, Plaintiff filed an objection to the Report, (Dkt. #49).

On August 17, 2026, the Magistrate Judge entered a Supplemental Report, (Dkt. #58). The Supplemental Report maintained that Defendant Stanley Black &

Decker, Inc.'s Motion for Summary Judgment, (Dkt. #23), should be granted, and that Plaintiff's claims against all Defendants should be dismissed with prejudice. The Supplemental Report also recommended that Defendant Stanley Black & Decker, Inc.'s Motion to Strike Plaintiff's Second Amended Complaint, (Dkt. #18), be granted rather than denied as moot. No Party filed an objection to the Supplemental Report.

Having received the Reports of the Magistrate Judge, (Dkts. ##37, 58) considered Plaintiff's objection to the initial Report, (Dkt. #49), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report and Supplemental Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Stanley Black & Decker, Inc.'s Motion for Summary Judgment, (Dkt. #23), is **GRANTED**. It is further **ORDERED** that Defendant Stanley Black & Decker, Inc.'s Motion to Strike Plaintiff's Second Amended Complaint, (Dkt. #18), is **GRANTED**. It is finally **ORDERED** that Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 28th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE